**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7011

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SEAN DOCTOR,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:12-cr-00552-RMG-1)

Submitted:  March 4, 2026                           Decided:  March 30, 2026

Before NIEMEYER, GREGORY, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Sean Doctor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Doctor seeks to appeal the district court's order denying his third 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. During the pendency of this appeal, Doctor was released from incarceration as the result of an executive grant of clemency. Accordingly, we dismiss the appeal as moot. *See Fleet Feet, Inc. v. NIKE, Inc.*, 986 F.3d 458, 463 (4th Cir. 2021) ("If an event occurs during the pendency of an appeal that makes it impossible for a court to grant effective relief to a prevailing party, then the appeal must be dismissed as moot." (citation modified)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*